NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LLOYD J. PHILLIPS,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD,**
Secretary of Veterans Affairs,
*Respondent-Appellee.*

---

2014-7022

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1373, Judge William A. Moorman.

---

**JUDGMENT**

---

J. MYERS MORTON, Morton & Morton, PLLC, of Knoxville, Tennessee, argued for claimant-appellant.

L. MISHA PREHEIM, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and CLAUDIA BURKE, Assistant Director. Of

counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and AMANDA R. BLACKMON, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  November 10, 2014  | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |